UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | ) Case No. 1:19-cv-00028-LJO-EPG |
| Plaintiff, | ) ORDER ON STIPULATION TO SET ASIDE |
| | ) CLERK'S ENTRY OF DEFAULT |
| vs. | ) |
| | ) (ECF No. 11) |
| KARIM MEHRABI, STARS HOLDING CO., | ) |
| A CALIFORNIA LIMITED LIABILITY | ) |
| COMPANY; AND DOES 1-10, | ) |
| | ) |
| Defendants. | |

Plaintiff, Rafael Arroyo, Jr., and Defendant Karim Mehrabi, by and through their attorneys of record, have filed a Stipulation to Set Aside Clerk's Entry of Default. (ECF No. 11.) Finding good cause, and in light of the parties' stipulation,

1. The entry of default entered by the Clerk of the Court on March 28, 2019 (ECF No. 6) is hereby set aside; and
2. Defendant Karim Mehrabi shall file his responsive pleading on or before May 3, 2019.

**IT IS SO ORDERED.**

Dated: **April 23, 2019**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE