UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR., | No. 1:19-cv-00028-LJO-EPG |
| Plaintiff, | |
| v. | ORDER OF REFERRAL TO VDRP |
| KARIM MEHRABI, et al., | ORDER TRANSFERRING VENUE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| Defendants. | |
| | (Doc. No. 15) |

On June 13, 2019, the parties filed their Joint Report (Rule 26) for Scheduling Conference (ECF No. 15). In the Joint Report, the parties stipulated to referral of this case to the Court's Voluntary Dispute Resolution Program ("VDRP"). (*Id.* at 5.) The Court accordingly refers this case to VDRP. *See* Local Rule 271.

In the Joint Report (ECF No. 15), and during the June 20, 2019, scheduling conference, Defendants also requested that this case be transferred to Sacramento, explaining that Sacramento will be more convenient for both witnesses and counsel, and will decrease the costs of prosecuting and defending this action. Plaintiff does not oppose the requested transfer. The Court will accordingly exercise its discretion to grant the requested transfer of this case to the Sacramento Division. *See* 28 U.S.C. § 1404(b) ("Upon motion, consent or stipulation of all

1

parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district."); Local Rule 120 ("Whenever in any action . . . for other good cause, the Court may transfer the action to another venue within the District.").

IT IS ORDERED that:

1. This action is referred to the VDRP.
2. Within fourteen (14) days of this order, the parties shall contact the Court's VDRP administrator, Sujean Park, at (916) 930-4278 or SPark@caed.uscourts.gov, to start the process of selecting an appropriate neutral evaluator.
3. The parties shall carefully review and comply with Local Rule 271, which outlines the specifications and requirements of the VDRP.
4. No later than fourteen (14) days after completion of the VDRP session, the parties shall jointly file their VDRP Completion Report, consistent with Local Rule 271(o).
5. Defendants' unopposed request to transfer this action to the Sacramento Division is granted.
6. The Clerk of the Court is directed to transfer this action to the Sacramento Division of the United States District Court for the Eastern District of California as soon as reasonably possible.

IT IS SO ORDERED.

Dated: **June 20, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE